IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08MJ194 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| LOREN PRESCOTT, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court after transfer of the defendant to the United States District Court for the Central District of Illinois pursuant to Fed. R. Crim. P. 5.  The court released the defendant on bond under the condition $25,000.00 was deposited with the Clerk of Court in the United States District Court for the District of Nebraska, *inter alia*.  The defendant posted bond as required and was released.  Since the charges against the defendant have been transferred, the bond should be transmitted from this district to the Central District of Illinois, pursuant to Fed. R. Crim. P. 5(c)(3)(E).  Accordingly,

   **IT IS ORDERED:**

   The Clerk of Court for the United States District Court for the District of Nebraska shall transmit the defendant's $25,000.00 deposit to the Clerk of Court for the United States District Court for the Central District of Illinois.

   DATED this 8th day of May, 2009.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge
